JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. ROBERT ADAMSON and Others, Defendants, Impleaded with ANDREW J. DINNEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [148 Misc. 353.]

FLORENCE R. SANDERS, Respondent, v. WILLIAM D. DOUERR, as Administrator, etc., of NANCY R. DOUERR, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

In the Matter of the Application of HULDAH MAE C. THIRKIELD, as Executrix, etc., of WILBUR GAMMON THIRKIELD, Deceased, Appellant, for the Construction of the Last Will and Testament of HELEN TAYLOR THIRKIELD, Deceased. PAUL F. TAYLOR and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY B. JOHNSON, Respondent, v. NATIONAL LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [150 Misc. 118.]

NEW AMSTERDAM CASUALTY COMPANY, Appellant, v. THE INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CONGREGATION EMANU-EL OF THE CITY OF NEW YORK, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [150 Misc. 657.]

WILLIAM SIEBERT and Another, Appellants, v. JOHN D. BOSE and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BARBARA POLACHEK, an Infant, by HENRIETTA POLACHEK, Her Guardian ad Litem, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [151 Misc. 172.]

In the Matter of Proving the Last Will and Testament of EDWARD T. MULLIGAN, Deceased, as a Will of Real and Personal Property.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RUDOLPH A. KEPPLER, Suing as a Stockholder on Behalf of Himself and All Other Stockholders of DISTRIBUTORS GROUP, INCORPORATED, Similarly Situated, Appellant, v. DISTRIBUTORS GROUP, INCORPORATED, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSANNA C. BARCLAY, Suing on Behalf of Herself as a Creditor of CHARLES H. DARMSTADT, INC., etc., Appellant, v. CORN EXCHANGE BANK TRUST COMPANY, Respondent, Impleaded with Others.*— Judgment affirmed, with costs. No

---

* Affd., 267 N. Y. —.